(August 21, 1967)

MARY B. MOORE, Respondent, v. MARY CHECOLA, Appellant.

Beldock, P. J., Ughetta, Brennan, · Rabin and Hopkins, JJ., concur.

THIRD DEPARTMENT, AUGUST, 1967

August 17, 1967

THE PEOPLE OF THE STATE OF NEW YORK ex rel. C. JAMES LOMBARDI, JR., Appellant, v. DANIEL J. McMANN, as Warden of Clinton Prison, Respondent.—

Gibson, P. J., Herlihy, Aulisi, Staley, Jr., and Gabrielli, JJ., concur.

In the Matter of JOSEPH ORZO, Appellant, v. BOARD OF PAROLE OF THE STATE OF NEW YORK et al., Respondents.

Gibson, P. J., Herlihy, Aulisi, Staley, Jr., and Gabrielli, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. C. JAMES LOMBARDI, JR., Petitioner, v. DANIEL J. McMANN, as Warden of Clinton Prison, Respondent.—

Gibson, P. J., Herlihy, Aulisi, Staley, Jr., and Gabrielli, JJ., concur.

(August 22, 1967)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIE DUPUIS, Appellant.

Gibson, P. J., Herlihy, Aulisi, Staley, Jr., and Gabrielli, JJ., concur.

(August 25, 1967)

ARMANDO TUCCI et al., Respondents-Appellants, v. STATE OF NEW YORK et al., Appellants-Respondents. (Claim No. 40955.)